UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA,<br><br>　　　　　Defendant. | Case No.  1:21-cv-01019-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 4) |

Plaintiff William J. Gradford proceeds *pro se* in this civil action filed on June 28, 2021. (Doc. No. 1.) On the same day, plaintiff filed a motion to proceed *in forma pauperis*. (Doc. No. 2.)

On August 11, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice due to plaintiff's failure to comply with the court's orders, failure to pay the required filing fee or submit an application to proceed *in forma pauperis*, and failure to prosecute this action. (Doc. No. 4.) Those findings and recommendations were served on plaintiffs and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) The time for objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

/////

/////

1

Accordingly,

1. The findings and recommendations issued on August 11, 2021 (Doc. No. 4) are adopted in full;
2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied as moot;
3. This action is dismissed without prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 4, 2021**

UNITED STATES DISTRICT JUDGE